I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
RICHARD S. SWOPE (STATE BAR NO. 233200)
rswope@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:      +1-650-614-7400
Facsimile:      +1-650-614-7401

Attorneys for Defendant
LOGITECH, INC.

MELODY A. KRAMER, SBN 169984
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, a Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>             Plaintiff,<br><br>       v.<br><br>LOGITECH INC., a California Corporation; and DOES 1-100,,<br><br>             Defendant. | Case No.  08-CV-308 BTM (CAB)<br><br>**STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |

**STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

Plaintiff Jens Erik Sorensen and Sorensen Research and Development Trust. ("Sorensen") and Defendant Logitech, Inc. ("Logitech") hereby jointly move and stipulate to enlarge the time for Logitech to respond to Sorensen's complaint. Logitech's answer is presently due on March 17, 2008. Sorensen and Logitech agree to extend the time for Logitech's to answer or otherwise plead until April 10, 2008. This extra time is needed to give the parties time to evaluate a potential stipulation to streamline further aspects of this case.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

Dated: March 11, 2008

I. NEEL CHATTERJEE
RICHARD S. SWOPE
Orrick, Herrington & Sutcliffe LLP


__/s/ I. Neel Chatterjee_____
Attorneys for Defendant
LOGITECH, INC.

Dated: March 11, 2008

MELODY A, KRAMER
Kramer Law Office, Inc.
J. MICHAEL KALER
Kaler Law Offices


____/s/ Melody A. Kramer_____
Attorneys for Plaintiff
JENS ERIK SORENSEN, a Trustee of
SORENSEN RESEARCH AND
DEVELOPMENT TRUST