**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

LOGITECH INC., a California Corporation; and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CV 308 W LSP

TO: (Name and address of Defendant)

Logitech Inc.
Catherine L. Valentine
6505 Kaiser Dr.
Fremont, CA 94555

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
858-362-3150

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

CLERK

(By) DEPUTY CLERK

DATE   FEB 15 2008

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MELODY A. KRAMER, ESQ, Bar #169984<br>KRAMER LAW OFFICE, INC.<br>9930 MESA RIM RD., STE 1600<br>SAN DIEGO, CA 92126<br>Telephone No: 858-362-3150 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Southern District Of California

Plaintiff: JENS ERIK SORENSEN
Defendant: LOGITECH INC.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 308 W LSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT ; NOTICE OF RELATED CASES

3. a. Party served:       LOGITECH INC., A CALIFORNIA CORPORATION
   b. Person served:      CATHERINE L. VALENTINE, AGENT FOR SERVICE.

4. Address where the party was served:   6505 KAISER DR.
                                         FREMONT, CA 945555

5. I served the party:
   b. **by substituted service.** On: Tue., Feb. 26, 2008 at: 3:10PM by leaving the copies with or in the presence of:
      GAIL BARTLETT, AUTHORIZED TO ACCEPT SERVICE.
   (1) **(Business)** I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LOGITECH INC., A CALIFORNIA CORPORATION
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAIMUNDO CARVALHO     d. *The Fee for Service was:* $129.25
   
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331
   
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2005-0000968-00
      (iii) County:             San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Mar. 05, 2008

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE          (RAIMUNDO CARVALHO)
                                                                              909562.melkr.117621

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MELODY A. KRAMER, ESQ, Bar #169984<br>KRAMER LAW OFFICE, INC.<br>9930 MESA RIM RD., STE 1600<br>SAN DIEGO, CA 92126<br>*Telephone No:* 858-362-3150   *FAX No:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Southern District Of California

*Plaintiff:* JENS ERIK SORENSEN
*Defendant:* LOGITECH INC.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 308 W LSP |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT ; NOTICE OF RELATED CASES

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Feb. 27, 2008
   b. Place of Mailing:        SAN DIEGO, CA 92101
   c. Addressed as follows:    LOGITECH INC., A CALIFORNIA CORPORATION
                               6505 KAISER DR.
                               FREMONT, CA 945555

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 27, 2008 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JASON LE BLANC                           d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES             e. I am: Not a Registered California Process Server
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Mar. 05, 2008                                          (JASON LE BLANC)

Judicial Council Form POS-010                 PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007            By Mail                            909562.melkr.117621