| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | RICHARD S. SWOPE (STATE BAR NO. 233200) |
|   | rswope@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA  94025 |
|   | Telephone:     +1-650-614-7400 |
| 5 | Facsimile:     +1-650-614-7401 |
| 6 | Attorneys for Defendant |
|   | LOGITECH, INC. |
| 7 | |
|   | MELODY A. KRAMER, SBN 169984 |
| 8 | Kramer Law Office, Inc. |
|   | 9930 Mesa Rim Road, Suite 1600 |
| 9 | San Diego, California 92121 |
| 10 | Telephone (858) 362-3150 |
|   | mak@kramerlawip.com |
| 11 | |
|   | J. MICHAEL KALER, SBN 158296 |
| 12 | Kaler Law Offices |
|   | 9930 Mesa Rim Road, Suite 200 |
| 13 | San Diego, California 92121 |
| 14 | Telephone (858) 362-3151 |
|   | michael@kalerlaw.com |
| 15 | |
|   | Attorneys for Plaintiff JENS ERIK SORENSEN, |
| 16 | as Trustee of SORENSEN RESEARCH AND |
|   | DEVELOPMENT TRUST |
| 17 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, a Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | | Case No.  08-CV-308 BTM (CAB) |
| Plaintiff, | | **ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | | |
| LOGITECH INC., a California Corporation; and DOES 1-100,, | | |
| Defendant. | | |

08-CV-308 BTM (CAB)

OHS West:260401447.1

Pursuant to the Parties' Stipulated Motion to Extend Time to Answer Complaint, and good cause appearing thereof,

    IT IS HEREBY ORDERED that the due date for the filing of Defendant's answer in this case be extended to April 10, 2008.

March 14, 2008

*/s/ Barry Ted Moskowitz*
BARRY TED MOSKOWITZ
United States District Judge