I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
RICHARD S. SWOPE (STATE BAR NO. 233200)
rswope@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   +1-650-614-7400
Facsimile:    +1-650-614-7401

Attorneys for Defendant
LOGITECH, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, a Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LOGITECH INC., a California Corporation; and DOES 1-100,,<br><br>Defendant. | Case No. 3:08-CV-00308-BTM (CAB)<br><br>**DEFENDANT LOGITECH, INC'S NOTICE OF MOTION AND MOTION TO STAY PENDING OUTCOME OF PATENT REEXAMINATION PROCEEDINGS**<br><br>**JURY TRIAL DEMANDED**<br><br>Date:         May 30, 2008<br>Time:        11:00 a.m.<br>Courtroom: 15, Fifth Floor<br>Hon. Barry Ted Moskowitz<br><br>NO ORAL ARGUMENTS UNLESS REQUESTED BY THE COURT |

**DEFENDANT LOGITECH, INC'S NOTICE OF MOTION AND MOTION TO STAY PENDING OUTCOME OF PATENT REEXAMINATION PROCEEDINGS**

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the date and time listed above, or as soon thereafter as the matter may be heard, before the Honorable Barry Ted Moskowitz, Defendant Logitech, Inc. hereby moves the Court to stay this case while the United States Patent and Trademark Office reexamines the validity of U.S. Patent No. 4,935,184. The motion is based on the following grounds:

1. The litigation is in its very early stages;

2. A stay will not prejudice the plaintiff;

3. A stay will simplify the issues in question and potentially eliminate the need for further litigation.

This motion is based on this Notice, and the Memorandum of Points and Authorities filed concurrently with this Notice.

Dated: April 10, 2008

I. NEEL CHATTERJEE
RICHARD S. SWOPE
Orrick, Herrington & Sutcliffe LLP

/s/ RICHARD S. SWOPE
RICHARD S. SWOPE
Attorneys for Defendant
LOGITECH, INC.