1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  RICHARD S. SWOPE (STATE BAR NO. 233200)
   rswope@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
5  Facsimile:    +1-650-614-7401

6  Attorneys for Defendant
   LOGITECH, INC.
7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JENS ERIK SORENSEN, a Trustee of       | Case No.  3:08-CV-00308-BTM (CAB)
   | SORENSEN RESEARCH AND
12 | DEVELOPMENT TRUST,                     |
                                            |
13 |         Plaintiff,                     | **CERTIFICATE OF SERVICE**
                                            |
14 |    v.                                  |
                                            |
15 | LOGITECH INC., a California Corporation;|
   | and DOES 1-100,,                       |
16                                          |
   |         Defendant.                     |
17

## CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

I hereby certify that the below document(s) filed through the ECF system were sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those indicated as non registered participants on April 10, 2008:

- LOGITECH, INC'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

| | |
|---|---|
| James Michael Kaler | Michael@kalerlaw.com, funlawguy@yahoo.com |
| Melody A. Kramer | mak@kramerlawip.com, esbjork@gmail.com |

Executed on April 11, 2008 at Menlo Park, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2008

_____
AURA L. TATAGIBA