J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
Email: michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
Email: mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br>v.<br><br>LOGITECH INC., a California corporation; and DOES 1 – 100,<br><br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08 CV 308 BTM CAB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>Date: May 30, 2008<br>Time: 11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

1   PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and
2   Development Trust ("SRDT") respectfully requests the Court to take judicial notice
3   of the following documents in support of Plaintiff's Opposition to Defendant's
4   Motion to Stay:

5       1.   *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit
6   B; and

7       2.   *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

8   Courtesy copies are attached hereto.

10  DATED this Wednesday, April 23, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ J. Michael Kaler
---
J. Michael Kaler, Esq.
Attorney for Plaintiff

2.

Case No. 08CV308 BTM CAB