MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　Plaintiff<br>　v.<br><br>LOGITECH, INC., a California Corporation; and DOES 1 – 100,<br><br>　　　　　　　Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08cv308 BTM CAB<br><br>REPLY TO COUNTERCLAIMS OF LOGITECH, INC. |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby respectfully replies to the specific numbered paragraphs identified of the Counterclaims of Defendant/Counterclaimant Logitech, Inc. as follows:

### THE PARTIES

38.  Deny.[1]

39.  Admit.

### JURISDICTION

40.  Admit.

41.  Admit.

42.  Admit.

### BACKGROUND

43.  SRDT incorporates by reference the responses to paragraphs 38 through 42 as though fully set forth herein. Paragraphs 36 and 37 are mere prefatory language and thus no response was required or made.

44.  Deny that phrasing is comprehensive or accurate, but admit that Logitech, Inc. and Does are alleged to have infringed the '184 patent.

45.  Deny.

### COUNT I

46.  SRDT incorporates by reference the responses to paragraphs 40 through 45 as though fully set forth herein.

47.  Admit.

48.  Admit.

---

[1] In paragraph 38 of the Counterclaim, and no where else, there is a reference to Logitech, LLC, a Delaware LLC doing business in Virginia. Logitech, LLC is not the identified Defendant in the Complaint; Logitech, Inc. is. Therefore, all references to Logitech without other identification will be treated as the named defendant.

49. Deny.

50. Admit that Logitech, Inc. seeks a declaratory relief, but deny that Logitech, Inc. has any entitlement thereto.

## COUNT II

51. SRDT incorporates by reference the responses to paragraphs 40 through 45 as though fully set forth herein.

52. Deny.

53. Admit that Logitech, Inc. seeks a declaratory judgment, but deny that Logitech, Inc. has any entitlement thereto.

**WHEREFORE,** SRDT prays that judgment on Logitech, Inc.'s counterclaims be entered as follows:

    a. For judgment in favor of SRDT and against Logitech, Inc. on all requested relief;

    b. That this case be decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

    c. For costs of suit herein incurred;

    d. For such other and further relief as the Court may deem just and proper.

DATED this Thursday, April 24, 2008.

                      JENS ERIK SORENSEN, as Trustee of
                      SORENSEN RESEARCH AND DEVELOPMENT
                      TRUST, Plaintiff

                      /s/ Melody A. Kramer
                      Melody A. Kramer, Esq.
                      J. Michael Kaler
                      Attorney for Plaintiff

## PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, April 24, 2008, I served the following documents:

## REPLY TO COUNTERCLAIMS OF LOGITECH, INC.

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| I. Neel Chatterjee<br>nchatterjee@orrick.com<br>Richard S. Swope<br>rswope@orrick.com<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Logitech, Inc. | Email - Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

1  ☐  (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address
2       represented to be the correct mail address for the above noted addressee.

3       I declare that the foregoing is true and correct, and that this declaration was executed on
4  Thursday, April 24, 2008, in San Diego, California.

6                                                    /s/ Melody A. Kramer
                                                     _____
7                                                    Melody A. Kramer

5.

Case No. 08cv308 BTM CAB