| | |
|---|---|
| 1 | MELODY A. KRAMER, SBN 169984 |
| 2 | KRAMER LAW OFFICE, INC. |
| | 9930 Mesa Rim Road, Suite 1600 |
| 3 | San Diego, California 92121 |
| 4 | Telephone (858) 362-3150 |
| | mak@kramerlawip.com |
| 5 | |
| 6 | J. MICHAEL KALER, SBN 158296 |
| | KALER LAW OFFICES |
| 7 | 9930 Mesa Rim Road, Suite 200 |
| 8 | San Diego, California 92121 |
| | Telephone (858) 362-3151 |
| 9 | michael@kalerlaw.com |

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> LOGITECH INC., a California Corporation; and DOES 1 – 100, <br><br> Defendants. <br><br> and related counterclaims. | Case No. 08cv308 BTM CAB <br><br> **NOTICE OF MOTION AND MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE** <br><br> Date: August 8, 2008 <br> Time: 11:00 a.m. <br> Courtroom 15 – 5th Floor <br> The Hon. Barry T. Moskowitz <br><br> *Oral Argument Has Been Respectfully Requested by Plaintiff* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2008, at 11:00 a.m. or as soon thereafter as this matter may be heard before the Honorable Barry T. Moskowitz, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research & Development Trust, will move and hereby does move this Court for an order granting Plaintiff's Motion for Exception to Stay to Preserve Evidence.

This motion is made on the following grounds:

1. Plaintiff believes the preservation of evidence is necessary and that delay until completion of the '184 patent reexamination creates the risk of loss of evidence;

2. Defendants are unwilling to informally agree to the relief requested.

DATED this Thursday, June 26, 2008.

>JENS ERIK SORENSEN, as Trustee of
>SORENSEN RESEARCH AND DEVELOPMENT
>TRUST, Plaintiff
>
>/s/ Melody A. Kramer
>―――――――――――――――――――
>Melody A. Kramer, Esq.
>J. Michael Kaler, Esq.
>Attorneys for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, June 26, 2008, I served the following documents:

**NOTICE OF MOTION AND MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

**DECLARATION OF MELODY A. KRAMER IN SUPPORT OF MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

**PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR EXCEPTION TO STAY TO PRESERVE EVIDENCE**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| I. Neel Chatterjee<br>nchatterjee@orrick.com<br>Richard S. Swope<br>rswope@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Logitech, Inc. | Email - Pleadings Filed with the Court via ECF |

 **X** (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, June 26, 2008, in San Diego, California.

/s/ Melody A. Kramer
-----
Melody A. Kramer