```
 1   MELODY A. KRAMER, SBN 169984
     KRAMER LAW OFFICE, INC.
 2   9930 Mesa Rim Road, Suite 1600
 3   San Diego, California 92121
     Telephone (858) 362-3150
 4   mak@kramerlawip.com

 5
     J. MICHAEL KALER, SBN 158296
 6   KALER LAW OFFICES
 7   9930 Mesa Rim Road, Suite 200
     San Diego, California 92121
 8   Telephone (858) 362-3151
 9   michael@kalerlaw.com

10
11
     Attorneys for Plaintiff JENS ERIK SORENSEN,
12   as Trustee of SORENSEN RESEARCH AND
     DEVELOPMENT TRUST
13
14
15
                     UNITED STATES DISTRICT COURT
16
                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
17
18   JENS ERIK SORENSEN, as Trustee of   )  Case No. 08cv308 BTM CAB
     SORENSEN RESEARCH AND               )
19   DEVELOPMENT TRUST,                  )
                                         )  PROOF OF SERVICE OF
20                                       )  [PROPOSED] ORDER REGARDING
                          Plaintiff      )  PLAINTIFF'S MOTION FOR
21        v.                             )  EXCEPTION TO STAY
22                                       )
     LOGITECH INC., a California         )
23   Corporation; and DOES 1 – 100,      )
24                                       )
                          Defendants.    )
25   _____ )
26   and related counterclaims.          )
27   _____ )
28
```

I, Zhenya Bjork, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, August 26, 2008, I served the following documents:

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR EXCEPTION TO STAY

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| I. Neel Chatterjee<br>nchatterjee@orrick.com<br>Richard S. Swope<br>rswope@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Logitech, Inc. | Email |

**X**  (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, August 26, 2008, in San Diego, California.

/s/ Zhenya Bjork
_____
Zhenya Bjork

Case No. 08cv308 BTM CAB

2.